# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>RESTANI, JANE A. | 2. Court or Organization<br><br>COURT OF INTERNATIONAL TRADE | 3. Date of Report<br><br>05/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>ONE FEDERAL PLAZA<br>NEW YORK, NEW YORK 10278-0001 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice Chair | Adirondack Mountain Club |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | CITY UNIVERSITY OF NEW YORK - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | International Customs Law Academy | August 2 - August 6, 2011 | Buenos Aires, Argentina | 2011 World Meeting of Customs Law | Transportation and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **RESTANI, JANE A.** | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Invesco Capital Dev. Fund (AIM) | A | Dividend | | | Sold | 11/7/11 | J | A | |
| 2. MFS - Core Equity | A | Dividend | K | T | | | | | |
| 3. Invesco Ltd Matur. Treas. (AIM) | A | Interest | | | Sold | 11/7/11 | J | A | |
| 4. Pimco Total Return | A | Dividend | J | T | Sold (part) | 11/23/11 | J | A | |
| 5. Lord Abbet Tax Free | A | Interest | J | T | | | | | |
| 6. Stonington Gen.Ob. Bond | A | Interest | J | T | | | | | |
| 7. Wells Fargo (Evergreen) Asst. All. | A | Dividend | K | T | | | | | |
| 8. CT ST HLTH EDL Bonds | B | Interest | L | T | Sold (part) | 11/1/11 | K | A | |
| 9. U.S. Savings Bonds | A | Interest | K | T | | | | | |
| 10. Invesco Van Kampen Capital Growth | A | Dividend | | | Sold | 11/7/11 | J | A | |
| 11. Blackrock-National Municipal | B | Interest | K | T | | | | | |
| 12. Nuveen Muni Funds | D | Int./Div. | M | T | | | | | |
| 13. First County Bank Stamford Accounts | A | Dividend | L | T | | | | | |
| 14. Hudson Savings and Checking Accounts | A | Interest | L | T | | | | | |
| 15. U.S. Treasury (Legacy) | A | Interest | K | T | Matured (part) | 12/15/11 | L | A | |
| 16. Franklin Tax Free CT | D | Interest | M | T | | | | | |
| 17. CT State Bonds | C | Interest | L | T | Sold (part) | 06/15/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Windsor II | A | Dividend | J | T | | | | | |
| 19. Invesco Value Fund (AIM) | A | Dividend | | | Sold | 4/18/11 | J | A | |
| 20. Invesco Lrg Cap Growth Fund (AIM) | A | Dividend | | | Sold | 11/7/11 | J | A | |
| 21. CT ST Sp. Tax Bond | A | Interest | J | T | | | | | |
| 22. Invesco Van Kampen Com | A | Dividend | | | Sold | 11/7/11 | J | A | |
| 23. Invesco Muni Bond Fund (AIM) | C | Int./Div. | L | T | | | | | |
| 24. MFS Total Return Fund | A | Dividend | K | T | | | | | |
| 25. Putnam Geo Put Fund | A | Dividend | J | T | | | | | |
| 26. Putnam Muni Inc. Fund | A | Int./Div. | J | T | | | | | |
| 27. AllianceBernestein Gr. & Inc. Fund | A | Dividend | J | T | | | | | |
| 28. MFS Muni Ltd Fund | A | Int./Div. | J | T | | | | | |
| 29. Invesco Small Cap Equity (AIM) | A | Dividend | | | Sold | 11/7/11 | J | A | |
| 30. Invesco Intl Core Equity (AIM) | A | Dividend | | | Sold | 11/7/11 | J | A | |
| 31. Willington CT Bond | A | Interest | K | T | | | | | |
| 32. Invesco Basic Value (AIM) | A | Dividend | | | Sold | 4/8/11 | J | A | |
| 33. Smith Barney Money Market Fund/Western Asset Connecticut | A | Int./Div. | M | T | | | | | |
| 34. Cohen/Stears Real Fund | A | Dividend | | | Sold | 4/7/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Turner Midcap Gr. Fund | A | Dividend | | | Sold | 4/7/11 | J | A | |
| 36. Gr. Fund Amer. | A | Dividend | | | Sold | 4/7/11 | J | A | |
| 37. Lazard Emer. Mk Fund | A | Dividend | | | Sold | 4/7/11 | J | A | |
| 38. Davis NY Vent Fund | A | Dividend | | | Sold | 4/7/11 | J | A | |
| 39. AllianceBernstein Int'l Val Fund | A | Dividend | | | Sold | 4/7/11 | J | A | |
| 40. Ashford CT Bond | A | Interest | J | T | | | | | |
| 41. IShares MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 42. IShares TR Russell MidCap Index | A | Dividend | J | T | | | | | |
| 43. IShares Russll 1000 Value Index | A | Dividend | K | T | | | | | |
| 44. IShares Russell 1000 Growth Index | A | Dividend | K | T | | | | | |
| 45. IShares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 46. New Haven Conn | B | Interest | | | Sold | 11/1/11 | K | A | |
| 47. Connecticut SPL Oblig Tax Bds | B | Interest | K | T | | | | | |
| 48. Invesco Charter Fund (AIM) | A | Dividend | L | T | Buy | 11/7/11 | K | | |
| 49. Stratford Conn | A | Interest | K | T | | | | | |
| 50. Blackrock Muniholdings Insured | A | Interest | K | T | | | | | |
| 51. Metropolitan Transport Auth | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dormitory Auth City Unv | A | Interest | J | T | | | | | |
| 53. AllianceBernstein Large Cap (Exchange Reserve Fund) | A | Interest | J | T | | | | | |
| 54. New York City Transistion Auth | A | Interest | K | T | | | | | |
| 55. Alger Smallcap Growth | A | Dividend | | | Sold | 4/7/11 | J | A | |
| 56. Mainstay High Yield Corporate Bond | A | Interest | | | Sold | 4/7/11 | J | A | |
| 57. Citibank NA South Dakota Bank Dep. Program | A | Interest | | | Sold | 1/1/11 | J | A | |
| 58. Prime Fund Cap Reserves Class - Cash Account | A | Interest | J | T | | | | | |
| 59. Morgan Stanley AAS Tax Free Trust Money Fund | A | Interest | M | T | Buy | 01/01/11 | M | | |
| 60. Wells Fargo | A | Dividend | J | T | Buy | 08/25/11 | J | | |
| 61. Invesco Equally Weighted S&P 500 Fund | A | Dividend | J | T | Buy | 04/18/11 | J | | |
| 62. University of Connecticut Bond Maturity 1/15/13 | A | Interest | K | T | Buy | 12/9/11 | K | | |
| 63. Invesco Diversified Dividend Fund | A | Dividend | J | T | Buy | 4/18/11 | J | | |
| 64. Alliance Bernstein Growth Fund | A | Dividend | J | T | Buy | 11/4/11 | J | | |
| 65. CT State Bonds (2011 see line 17) | A | Interest | K | T | Buy (add'l) | 12/13/11 | K | | |
| 66. CT State Health Bonds (2011 see line 8 | A | Interest | K | T | Buy (add'l) | 12/13/11 | K | | |
| 67. Baron Growth Fund | A | Int./Div. | J | T | Buy | 4/7/11 | J | | |
| 68. Blackrock Equity Dividend Fund | A | Dividend | J | T | Buy | 4/7/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Royce Premier Fund Inv Class | A | Dividend | J | T | Buy | 4/7/11 | J | | |
| 70. Wells Fargo Advantage Emerging Mkts | A | Dividend | J | T | Buy | 4/7/11 | J | | |
| 71. Henderson International Opportunities Fd | A | Dividend | J | T | Buy | 4/7/11 | J | | |
| 72. Mainstay Large Cap Growth Fund | A | Dividend | J | T | Buy | 4/7/11 | J | | |
| 73. PIMCO Foreign Bond (Unhedged) Fund | A | Dividend | J | T | Buy | 4/7/11 | J | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line #s 12 and 50 - Nuveen Muni and Blackrock holdings increased in value to the next level of valuation due to close proximity to next range in the prior year and the related unrealized gain during 2011. There were no additional purchases of these investments in 2011.

Line #s 63 and 64 - Connecticut State Bonds and Connecticut State Health Bonds have been reported gross (mult. positions) over the past several years. Both purchase and sale transactions occurred in 2011. Total values for both holdings is less than $100,000 as reported on lines 8 and 17. Lines 63 and 64 will be removed in 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JANE A. RESTANI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544